1  JANET M. HEROLD
   Regional Solicitor
2  DAVID M. KAHN
   Counsel for Employment Standards
3  JOSEPH M. LAKE (SBN 246679)
   Trial Attorney
4  United States Department of Labor
   Office of the Solicitor
5  90 Seventh Street, Suite 3-700
   San Francisco, California 94103
6  Telephone: (415) 625-7758
   Facsimile: (415) 625-7772
7  Email: lake.joseph@dol.gov

8  Attorneys for Plaintiff, Hilda L. Solis, Secretary
   United States Department of Labor

*FILED*

*2012 SE. 18 A II: 04*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

10      UNITED STATES DISTRICT COURT FOR THE      DMR

11          NORTHERN DISTRICT OF CALIFORNIA

12  HILDA L. SOLIS, Secretary of Labor, United )   Case No.:      **4877**
13  States Department of Labor,                 )
                                                )  COMPLAINT FOR VIOLATIONS OF THE
14              Plaintiff,                       )  FAIR LABOR STANDARDS ACT
                                                )
15          v.                                   )
                                                )
16  CASA GUADALUPE, a corporation; and          )
    PEDRO GIL, an individual,                    )
17                                               )
                Defendants.                      )
18                                               )
                                                )
19                                               )
                                                )
20  

21      1.      Plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of

22  Labor (the "Secretary"), brings this action to enjoin Defendants CASA GUADALUPE, a

23  corporation; and PEDRO GIL, an individual (together "Defendants"), from violating the

24  provisions of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* (the

25  "FLSA"), pursuant to Section 17 of the FLSA, 29 U.S.C. § 217; and to recover unpaid overtime

*Complaint for Violations of the FLSA*                    1

1 | compensation owing to Defendants' employees, together with liquidated damages, pursuant to

2 | Section 16(c) of the FLSA, 29 U.S.C. § 216(c).

3 |     2.    Jurisdiction of this action is conferred upon the Court by Sections 16(c) and 17 of

4 | the FLSA, 29 U.S.C. §§ 216(c) and 217, and 28 U.S.C. §§ 1331 and 1345.

5 |     3.    Venue lies in the United States District Court for the Northern District of

6 | California, pursuant to 28 U.S.C. § 1391(b) as Defendant CASA GUADALUPE maintains its

7 | headquarters in San Francisco County, California, and the events giving rise to the claims

8 | occurred within the Court's jurisdiction in San Francisco, County, California.

9 |     4.    (a)    Defendant Casa Guadalupe is, and at all times hereinafter mentioned was,

10 | a corporation organized under the laws of California with its principal place of business in the

11 | city and county of San Francisco, California, within the jurisdiction of this Court.  At all times

12 | relevant to this Complaint, Defendant Casa Guadalupe has operated grocery stores in San

13 | Francisco.

14 |     (b)    Defendant PEDRO GIL, an individual, at all times relevant to the

15 | Complaint, was an employer within the meaning of the FLSA in that he acted directly or

16 | indirectly in the interest of CASA GUADALUPE in relation to its employees.

17 |     5.    Defendant CASA GUADALUPE is, and at all times hereinafter mentioned was,

18 | engaged in related activities performed through unified operation or common control for a

19 | common business purpose, and is and at all times hereinafter mentioned was an enterprise within

20 | the meaning of Section 3(r) of the FLSA, 29 U.S.C. § 203(r).

21 |     6.    Defendant CASA GUADALUPE is, and at all times hereinafter mentioned was,

22 | an enterprise engaged in commerce or in the production of goods for commerce within the

23 | meaning of Sections 3(s)(1)(A) of the FLSA, 29 U.S.C. § 203(s)(1)(A), in that said enterprise at

24 | all times hereinafter mentioned had employees engaged in commerce or in the production of

25 | goods for commerce, or employees handling, selling, or otherwise working on goods or materials

*Complaint for Violations of the FLSA*    2

1   that have been moved in or produced for commerce by any person and in that said enterprise has

2   and has had an annual gross volume of sales made or business done of not less than $500,000.

3         7.     Defendants have repeatedly violated the provisions of Sections 7 and 15(a)(2) of

4   the FLSA, 29 U.S.C. §§ 207 and 215(a)(2), by employing employees who in workweeks were

5   engaged in commerce or in the production of goods for commerce, or who were employed in an

6   enterprise engaged in commerce or in the production of goods for commerce, within the meaning

7   of the FLSA, as aforesaid, for workweeks longer than forty hours without compensating said

8   employees for their employment in excess of forty hours per week during such workweeks at

9   rates not less than one and one-half times the regular rate at which they were employed.

10         8.     Defendants, employers subject to the provisions of the FLSA, repeatedly have

11   violated the provisions of Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and

12   215(a)(5), in that they failed to make, keep, and preserve adequate and accurate records of

13   employees and the wages, hours and other conditions and practices of employment maintained

14   by them as prescribed by regulations duly issued pursuant to authority granted in the FLSA and

15   found in 29 C.F.R. § 516.

16         9.     During the three-year period immediately preceding the filing of this complaint

17   and thereafter, Defendants have willfully violated the aforesaid provisions of the FLSA.  A

18   judgment which enjoins and restrains such violations and includes the restraint of any

19   withholding of payment of unpaid minimum wage and overtime compensation found by the

20   court to be due to present and former employees under the FLSA is expressly authorized by

21   Section 17 of the FLSA, 29 U.S.C. § 217.

22   **PRAYER FOR RELIEF**

23        **WHEREFORE**, cause having been shown, Plaintiff prays for a judgment against

24   defendants as follows:

25

*Complaint for Violations of the FLSA*         3

1    (a)    For an Order pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, permanently

2    enjoining and restraining Defendants, their officers, agents, servants, employees, and those

3    persons in active concert or participation with them from prospectively violating the provisions

4    of Section 15 of the FLSA, 29 U.S.C. § 215; and

5    (b)    For an Order

6    (1)    pursuant to Section 16(c) of the FLSA, 29 U.S.C. § 216(c), finding

7    Defendants liable for unpaid overtime compensation due Defendants' employees and for

8    liquidated damages due the employees listed in the attached Exhibit A for the three-year period

9    immediately preceding the filing of this complaint and thereafter (additional back wages and

10   liquidated damages may be owed to certain employees presently unknown to Plaintiff for the

11   period covered by this Complaint); or in the event liquidated damages are not awarded;

12   (2)    pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, enjoining and

13   restraining Defendants, their officers, agents, servants, employees and those persons in active

14   concert or participation with Defendants, from withholding payment of unpaid back wages found

15   to be due Defendants' employees for the three-year period immediately preceding the filing of

16   this complaint and thereafter, and pre-judgment interest at an appropriate interest rate; and

17   (c)    For an Order, pursuant to Section 17 of the FLSA, 29 U.S.C. § 217, enjoining and

18   restraining Defendants, its officers, agents, servants, employees and those persons in active

19   concert or participation with Defendants, from failing to make, keep, and preserve adequate and

20   accurate records of employees and the wages, hours and other conditions and practices of

21   employment maintained by them as prescribed by regulations duly issued pursuant to authority

22   granted in the FLSA and found in 29 CFR § 516;

23   (d)    For an Order awarding Plaintiff the costs of this action; and

24

25   / / /

*Complaint for Violations of the FLSA*                4

1    (e)    For an Order granting such other and further relief as may be necessary or

2  appropriate.

3  Dated: September 1/2012

4

5                                        M. PATRICIA SMITH
                                         Solicitor of Labor

6                                        JANET M. HEROLD
                                         Regional Solicitor

7
                                         DAVID M. KAHN
8                                        Counsel for Employment Standards

9
                                         By:_____
10                                       JOSEPH M. LAKE
                                         Trial Attorney
11

12                                       UNITED STATES
                                         DEPARTMENT OF LABOR
13                                       Attorneys for the Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

*Complaint for Violations of the FLSA*                5

1

EXHIBIT A

2

**Employee Name**

3

Acabal, Pedro

4

Candell, Celia

5

Cardon, Juan

6

Castillo, Maria

Chable Cocun, Carmen

7

Chaves, Arturo

8

Chocon, Luis

9

Cruz, Demetrio

10

Estrada, Linda

Federico, Richard

11

Hsu, Alicia

12

Linares-Soto, Ruben

13

Lopez, Salvador

14

Morales, Jorge

Nunez, Luis

15

Pacheco, Felipe

16

Perez, Maria

17

Perez, Justiniano

Rafaile, Freddy

18

Rafaile, Juan

19

Rafaile, Santo

20

Reyes, Martha

21

Torres, Norma

Vasquez, Jose

22

Vega, Luis

23

24

25

*Complaint for Violations of the FLSA*          6