UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br>v.<br><br>CASA GUADALUPE, a corporation; and PEDRO GIL, an individual,<br><br>Defendants. | HON. DONNA M. RYU<br><br>Case No.: 4:12-cv-04877-DMR<br><br>**CONSENT JUDGMENT** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:

_[signature]_
PEDRO GIL
Individually and on behalf of Casa Guadalupe, Inc.

*Consent to appear before Magistrate Judge*            1